No. 18,290.

COLORADO INTERSTATE GAS CO. *v.* LOGAN PROPERTIES
CORP., ET AL.
(344 P. [2d] 693)

Decided October 5, 1959.

Messrs. GAUNT & BYRNE, Mr. LYSLE R. DIRRIM, for
plaintiff in error.

Mr. HAROLD TAFT KING, Mr. C. J. HAFERTEPEN, for de-
fendants in error.

*En Banc.*

PER CURIAM.

THIS cause has been heard and considered by the
Court, Mr. Justice Sutton not participating. Mr. Chief
Justice Knauss, Mr. Justice Moore and Mr. Justice Doyle
are in favor of affirmance of the judgment of the trial
court. Mr. Justice Hall, Mr. Justice Day and Mr. Justice
Frantz are in favor of reversal. The case therefore
stands affirmed by operation of law because of an
equally divided court. (Rule 118 (f), R.C.P.)